1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
9
AT TACOMA

10
DAVID RIGGS,
11
                Plaintiff,

CASE NO.     C05-5411FDB

12
      v.

ORDER

13
JO ANNE B. BARNHART, Commissioner of
Social Security,
14
15
              Defendant.

16

17
      The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J.
18
Kelley Arnold, United States Magistrate Judge, and objections to the report and recommendation, if any,
19
and the remaining record, does hereby find and ORDER:
20
     (1)     The Court adopts the Report and Recommendation;
21
     (2)     the ALJ erred in her decision as described in the report;
22
     (3)     the matter is therefore REMANDED to the administration for further consideration; and
23
     (4)     The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel
24
           and Magistrate Judge J. Kelley Arnold.

25
      DATED this 6th day of March 2006.
26
27
                      FRANKLIN D. BURGESS
                      UNITED STATES DISTRICT JUDGE
28